**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| DOUGLAS CAMPBELL THOMSON; JOHN ANTHONY HELLIWELL; ROBERT LAYNE SIEBENBERG,<br><br>   *Plaintiffs - Appellants*,<br><br> v.<br><br>CHARLES ROGER POMFRET HODGSON, AKA Roger Hodgson; DELICATE MUSIC, a California general partnership,<br><br>   *Defendants - Appellees*. | No. 24-2858<br><br>D.C. No.<br>2:21-cv-08124-AB-MRW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Filed September 23, 2025

Before: Kim McLane Wardlaw and John B. Owens, Circuit Judges, and John Charles Hinderaker, District Judge.[*]

---

[*] The Honorable John Charles Hinderaker, United States District Judge for the District of Arizona, sitting by designation.

**ORDER**

Defendant-Appellees Rodger Hodgson and Delicate Music's petition for panel rehearing, filed September 3, 2025, is DENIED.